2:35 p.m.  Summons and Complaint Against

The City of Waukesha Police Dept.



16-C-1072

U.S. DIST. COURT EAST DIST WISC 08/04/2016.
FILED

AUG 1 1 2016

AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

On Saturday 16 August, 2014 at 12:30 p.m. on a Very Hot Afternoon I, Ernest J. Pagels Jr. was walking back from The Waukesha County Food Pantry located on Sentury Dr. in The City Of Waukesha, WI. I had a full bag of groceries in a blue clothing bag from Kinko's Cleaner's. Where I was feeling like I was have Heat Stroke. So I went to rest under a Private Businesses Tree that was in the front lawn of the Business located on Sentury Dr. In The City Of Waukesha, WI across from the Waste Dispoile Dept. of The City Of Waukesha, WI. I sat under the tree and called The Non-Emergency of The City Of Waukesha, WI's Police Dept. at The Phone number of 1-262-524-3831, where The City of Waukesha, WI's Police Dispatcher named Carrie answered And I Told Her That I need help I don't think I can make it home, Carrie The City Of Waukesha, WI's Police Dispatcher Yelled at me Saying " You Don't Need Help" I yelled back at her that I needed Help ! Carrie The City Of Waukesha, WI Police Dispatcher Yelled back at me saying I did not need help! So I hung-up on her and called the Brown Deer, WI Police Dept. and asked them for help! They're Police Dispatcher said that they could not help me that I would have to go to that Municipality that I was calling from. So I called The City Of Waukesha Police Department Non-Emergency and The City Of Waukesha, WI's Police Dispatcher Carrie answered again And I Yelled For Help! Again, Carrie the City Of Waukesha, WI's Police Dispatcher Yelled at Me Again saying that I Did Not Need Help! So I hung-up on her Called My Sister who Lives in Merton, WI and Tried to Get ahold of Her To Get Some Help and to tell her That The City Of Waukesha, WI's Police Dept. was not going to give me help when I needed it. But All I got was my Sister Landline's Answering Machine where I Left a Message Telling Her That The City of Waukesha, WI's Police Dept. Was Willing to Help Me Because I think I have Heat Stroke. So I called 911 4 times to get the Police To Help me back to my Residence at 352 W. Wisconsin Ave., Rm. # 12., Waukesha, WI 53186-4755. Then I called my Dad In Viroqua, WITo Tell Him that The City Of Waukesha, WI's Police Dept. Wasn't Helping me And I don't think I could make it back to my Residence Because I felt Like I was having Heat Stroke from the Hot August Afternoon. My Dad Said Call The City Of Waukesha, WI's Police Dept. and ask them for help and tell them You want to go into the Mental Health Center If They Won't Help You! So While I was Talking on the phone with my Father two City Of Waukesha, WI's Police Officer's Came up to me And I told them I'm having Heat Stroke! I need Help I Don't think I can make it back to my residence. They Said To Me Get Off The Property! I Scream at them saying I need Help! They Said Get Off The Property or we Will Arrested you or Give You a Fine! I said Can I Hickhike for a ride They Said No! We Will Ticket you for that! I said Can You Guy's call a Ambullance They Said No! There's a Firestation up the Street. These Two Unmericful Police Officer's Should Be Punished for not Helping a Citizen or a Disabled Veteran too I even Asked Them Aren't You Going To Heklp a Veteran And They Both Said That They Were Veteran's. And A Disgrace to Their Branch Of Service.I pick-up my bag and struggled to get to the Firestation about a ¼ mile up the road. I rang the Front Door Bell of The City Of Waukesha, WI's Firestation on Sentury Dr. In The City Of Waukesha, WI and a Lt. Of The City Of Waukesha, WI's Fire Dept. Answered the Door and I told him That I was a 100% Disabled Veteran For Psychatric reasons I think I'm going to have a Psychiatric Reaction I Need Help! The City Of Waukesha Lt. Fireman said Wait Here I'll Call The Police! So I found a Bench outside the City Of

Waukesha, WI's Fire Station on Sentury Dr. In The City Of Waukesha, WI and I sat Down,. Now The Two City Of Waukesha, WI Police Officer's Who Harassed me down the Road Came up and Came and Arrested Me For Unlawful Use Of 911, but before They Arrested Me I said Please Take me to The Mental Health Center, And They Both Said It's To Late For That. And arrested Me. Which when I got to the City Of Waukesha, WI's Police Dept. I told them I was A Diebetic and I need some food. They put me in this cell and Harassed Me Every HOUR Onpon the Hour By the This City Of Waukesha, WI's Police Officer Banging on the Cell Door And Telling Me If I don't Be Quiet I will have to stay in there Longer. This Police Officer Said That His Lt. at The City Of Waukesha, WI's Police Dept. Told Him To Bang On The Cell Door To Harass Me! And They Did This All Day and Into The Night. The Next Morning Sunday The 17th, August, 2014 Some Young New City Of Waukesha, WI Police Officer Let Me and Booked Me and Released me. And Why I plead Guilty To These Charges was To Get The City Of Waukesha, WI's Police Officer's Off My Back!!!! And Get Them From Stop Harassing Me. And about in July, 2014 and in August 08, 2014 I had incident's where I needed help From The Heat and Needed Help From The Harassment From The Wilde Honda Dealership In The City Of Waukesha, WI From The Finance Officer Who When I Refused to Sign the Document's to Buy a Brand New Honda Civic, Custom Ordered For Me on Friday 08/08/2014 Because I wanted The Finance Officer of Wilde Honda, In The City Of Waukesha, WI to Bring The Paperwork out to the Saleman's Desk Because I didn't want to go back into his office and do a shaddy deal I wanted Everything Up-Front and Open. And I Yelled at The Finance Officer to Do This Which He Refused, and So I left at About 8:30 p.m. on Friday 08/08/2014 from Wilde Honda Dealership and when I left The Finance Officer was Out in The Parking Lot and Called Me When I was out in The Parking Lot of Wilde Honda The Finance Officer Called Me an Old Man and A Piece Of Shit! So The Next Morning Early I called and Left a Voice-Mail for the Salesman Who Was Going to Sell Me That Specially Ordered Honda Civic, Telling Him I Wanted An Apologize From The Own Of Wilde Dealership Group, And A Apologize from That Finance Officer Before I Would Buy The Car> So I came into Wilde Honda Dealership in The City Of Waukesha, WI at About 10:30 a.m. and I was met by The Saleman who was going to sell me the car and the Sales Manager of Wilde Honda in The City Of Waukesha, WI, where they said that they would not apologize for that Finance Officer Calling Those names. And So I Yelled to get My Chase Bank Certified Bank Check For $ 1000.00 Dollars back They Said I Could not get it back until Monday I said I gave you on Your Time And Now Your On My Time I want That Check Back! Now Or Else I'm Calling The City Of Waukesha, WI Police Dept. They Didn't So I called The City Of Waukesha, WI Police Dept. Non-Emergency Where The City Of Waukesha, WI Police Dept. Took So Long to Get Up There To Wilde Honda In The City Of Waukesha, WI. So I Left and went to the Starbuck's in The City Of Waukesha, WI Wrote a Letter To Chief Jack Of The City Of Waukesha, WI Police Dept., and Then I Walked to The City Of Waukesha, WI's Police Dept. And Asked For A Police Officer To Go To Wilde Honda In The City Of Waukesha, WI and Get My Chase Bank Certified Bank Check for $1000.00 Dollars So I can get something to eat. A Female Police Officer Came And I asked Her To Go and Get That Chase Certified Bank Check from Wilde Honda She Said She Wouldn't and I could No Longer Go on Wilde Honda's Property Anymore. So The City Of Waukesha Police Officer's Have Failed Me Once again. And I Said To The Female Police Officer That I Had No Money For Food. Good That There is The City Of Waukesha's Salvation Army Saturday Evening Meal where I could eat something. Everytime I called The City Of Waukesha, WI Police Dept. Non-Emergency All The Police Dispatcher's would Argue with me And I would Start Yelling For Help!!! Why Don't These Police Dispatcher's of City Of Waukesha, And

Waukesha, Co., and Milwaukee, WI Why Do Citizen's have to Argue For Help!!!!! I want the City Of Waukesha, WI Police Department Sued 10,000,000.00 Million Dollars For Them Not Aiding Me Or Helping Me!!!!!